IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY ANN CONTRERAS, § § | |
| Plaintiff, § § | C.A. No. 4:13-cv-03695 |
| v. § § | |
| ST. HOPE FOUNDATION, INC. § § | |
| Defendant. § | (JURY TRIAL DEMANDED) |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

COME NOW, Plaintiff Mary Ann Contreras and Defendant St. Hope Foundation, Inc. (collectively, the "Parties") and file this Joint Motion to Dismiss with Prejudice and would respectfully show the Court the following:

The Parties have amicably resolved the dispute between them and request that this Court dismiss the pending lawsuit in its entirety with prejudice. All costs will be borne by the party incurring same. A proposed Order is attached for the convenience of the Court.

Respectfully Submitted,

*Katrina Patrick*
KATRINA S. PATRICK
State Bar No. 00797218
Federal Bar No. 22038
Law Offices of Katrina Patrick
530 Lovett Street
Houston, Texas 77006

**ATTORNEY FOR PLAINTIFF**

BINGHAM, MANN & HOUSE

>LISA GAYE MANN
>Attorney-in-Charge
>State Bar No. 12929200
>S.D. Tex. Bar No. 6735
>4500 Yoakum Boulevard
>Houston, TX 77006
>Telephone: (713) 357-9868
>Fax: (713) 559-3010
>lmann@bmh-law.com

OF COUNSEL:

BINGHAM, MANN & HOUSE

By: s/ Debra Bradberry
>Debra Bradberry
>State Bar No. 24048362
>S.D. Tex. Bar No. 587156
>4500 Yoakum Boulevard
>Houston, TX 77006
>Telephone: 713-357-9873
>Fax: 713-559-3050
>dbradberry@bmh-law.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record electronically via CM/ECF for the United States District Court for the Southern District of Texas in accordance with the Federal Rules of Civil Procedure and Local Rule LR5 on May 8, 2014, as follows:

Katrina Patrick
Law Offices of Katrina Patrick
530 Lovett Street
Houston, Texas 77006

                                                  s/ Debra Bradberry
                                                  Debra Bradberry