| United States District Court | Southern District of Texas |
|---|---|

| | |
|---|---|
| Mary A. Contreras, § § Plaintiff, § § versus § § St. Hope Foundation, Inc., § § Defendant. § | Civil Action H-13-3695 |

## Final Dismissal

On the joint motion to dismiss, Mary A. Contreras's claims against St. Hope Foundation, Inc., are dismissed with prejudice. (13)

Signed on May 9, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge